**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 25, 2021.**



In The

# Fourteenth Court of Appeals

---

NO. 14-20-00859-CR
NO. 14-20-00860-CR
NO. 14-20-00861-CR

---

**TODD W. ALTSCHUL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause Nos. 23557, 26672, and 26673**

## MEMORANDUM OPINION

These attempted appeals are from an order signed November 30, 2020. A motion to voluntarily dismiss these appeals, personally signed by appellant, has

been filed with this court.  *See* Tex. R. App. P. 42.2.  Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal.[1]


PER CURIAM


Panel consists of Justices Wise, Zimmerer and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).

---

[1] Appellant's pending motions for the trial court to file findings of fact and conclusions of law are moot.